# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KEVIN TYRONE FLEMINGS,

              Plaintiff,

        v.

DEBRA HERNDON, et al.,

              Defendants.

)
)
)
)
)
)
)
)
)
)

NO. CV 09-2018 CBM (FMO)

**JUDGMENT**

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: ___Oct. 4___, 2010.

CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE